# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00313-CV

**Mark Brown, Appellant**

**v.**

**Ronny Harrison, Carol Harrison, Bobby Fletcher, Connie Fletcher,
Dan Kleinman, and Sara J. Kleinman, Appellees**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT
### NO. B-01-1195-C, HONORABLE BEN WOODWARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Mark Brown has filed a motion to dismiss his appeal. Appellees do not oppose the motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed:   August 29, 2003